Joseph P. Sakai
Nevada Bar No. 13578
10789 W. Twain Ave., Second Floor
Las Vegas, Nevada 89135
Phone: (702) 526-4929
Email: joseph@sakaillp.com

*Attorney for Plaintiff*
*Allied Innovations, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED INNOVATIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL SPA CORPORATION, an Indiana corporation; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:23-cv-01072-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff Allied Innovations, LLC ("Allied") and Defendant Royal Spa Corporation ("Royal Spa"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate and agree to dismiss this action in its entirety, with respect to all defendants and ***with prejudice***, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED:  March 11, 2024

---

1

| | |
|---|---|
| Dated: March 11, 2024<br><br>By: __/s/ Joseph P. Sakai_____<br>  Joseph P. Sakai, Esq.<br>  Bar No. 13578<br>  10789 W. Twain Ave., Second Floor<br>  Las Vegas, Nevada 89135<br>  joseph@sakaillp.com<br><br>  *Counsel for Plaintiff Allied*<br>  *Innovations, Inc.* | Dated: March 11, 2024<br><br>By: __/s/ Ryan J. Vershay_____<br>  RYAN J. VERSHAY<br>  Indiana Bar No. 28109-71<br>  *Admitted Pro Hac Vice*<br>  Lewis Wagner LLP<br>  1411 Roosevelt Avenue, Suite 102<br>  Indianapolis, Indiana 46201<br><br>  KURT R. BONDS, Esq.<br>  Bar No. 6228<br>  1160 North Town Center Drive, Suite 330<br>  Las Vegas, Nevada 89144<br><br>  *Counsel for Defendant Royal Spa Corporation* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of March, 2024, the foregoing **STIPULATION AND ORDER FOR DISMISSAL** was served on the following by Electronic Service via the Court's PACER System.

Ryan J. Vershay
Michael Hollingworth
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201

Kurt R. Bonds
1160 N. Town Center Dr. #330
Las Vegas, Nevada 89144

*Attorneys for Defendant*

                                         /s/ Joseph P. Sakai_____
                                              Joseph P. Sakai

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph P. Sakai, Esq.
10789 W. Twain Ave., Second Floor
Las Vegas, NV 89135

1